Assets Realization Company, Suing in Behalf of Itself and All Creditors of Metropolitan Bank Who Shall Hereafter Come in, etc., Appellant, v. Clarence M. Howard and Others, Respondents.— Judgment affirmed, with costs. All concurred.

Bert F. Cooper, Respondent, v. Rochester Ice Cream Company, Appellant, Impleaded with Samuel T. Nivling. — Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented upon the ground that the writing was not libelous *per se* and that there is no proof of actual damages.

Irving W. Street, Respondent, v. Eugene Van Schaick, Appellant.— Judgment and order affirmed, with costs. All concurred.

Loren J. Lamphere, Respondent, v. Henry Finck and Albert Finck, Appellants, Impleaded with Canadaway Fertilizer Company and Others.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Held, (1) that the Special Term had no power to set aside the findings embodied in the decision, after the decision had been made and filed; (2) if it was intended to move for a new trial upon the ground of newly-discovered evidence that motion should have been made upon a case made and settled as the practice requires. All concurred.